UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID GLOWA,

    Plaintiff,

       v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, and JOHN DOES 1-10,

    Defendants.

Case No. 12-cv-284-JPG-SCW

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

                                        **NANCY J. ROSENSTENGEL, Clerk of Court**

**Dated:   December 11, 2012**               s/ Jina Hoyt, Deputy Clerk


**Approved:**   s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**